# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### 3:12-CR-00391-RJC-DCK

| | | |
|---|---|---|
| USA, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| PHANI RAJU BHIMA RAJU, | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**THIS MATTER** is before the Court upon the Government's Motion to Dismiss, (Doc. No. 12), of the Indictment, (Doc. No. 8), without prejudice.

**IT IS ORDERED** that the Government's motion, (Doc. No. 12), is **GRANTED** and the Indictment, (Doc. No. 8), is **DISMISSED** without prejudice.

Signed: April 1, 2013

Robert J. Conrad, Jr.
Chief United States District Judge